**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ANGELO OWENS,**

        **Plaintiff,**

**-vs-**                                                                  **Case No. 6:04-cv-1887-Orl-22JGG**

**S&S AUTOMOTIVE, INC., SANDS**
**TOWING, STEVEN COMBS, and**
**SHARON COMBS,**

        **Defendants.**
_____

**ORDER**

This cause is before the Court on the Joint Stipulation for Dismissal with Prejudice (Doc. No. 20) filed on May 18, 2005.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted, subject to deducted sanctions.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 16, 2006 (Doc. No. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Stipulation for Dismissal with Prejudice (Doc. No. 20) is granted subject to sanctions. Plaintiff's counsel shall return the $1,000.00 liquidated damage amount to

Defendants as a sanction against Plaintiff for his failure to comply with two pretrial orders requiring his appearance. In the event Plaintiff's counsel is not holding the settlement proceeds in escrow, then counsel shall pay Defendants $1,000.00, and seek reimbursement from Plaintiff.

    3.    This case is dismissed with prejudice.

    4.    The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 4, 2006.

                                                                ANNE C. CONWAY
                                                                United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record